**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MASTER CALL CONNECTIONS, LLC,

    Plaintiff,

– against –

WDT WORLD DISCOUNT
TELECOMMUNICATIONS CO., INC., WDT
WIRELESS COMMUNICATIONS, INC., WDT
POLSKA, ALLVOITEL, INC., ALLVOI, INC.,
ROMAN TALIS and ANDREW
PLOCIENNICZAK,

    Defendants.

Civil Action No. 16-9141

**STIPULATION OF SETTLEMENT AND DISMISSAL**

    WHEREAS, Plaintiff Master Call Connections, LLC (the "Plaintiff") filed a Complaint (the "Complaint") on or about December 2, 2016 alleging certain claims against Defendants WDT World Discount Telecommunications Co., Inc., WDT Wireless Communications, Inc., WDT Polska, Allvoitel, Inc., Allvoi, Inc., Roman Talis and Andrew Plocienniczak (collectively, the "Defendants"); and

    WHEREAS, the Defendants filed an Answer and Counterclaims (the "Counterclaims") on or about January 12, 2017 alleging certain claims against the Plaintiff; and

    WHEREAS, the parties hereto having reached a settlement of all matters in controversy;

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, and counsel for the Defendants, that all causes of action asserted by all parties hereto, including those asserted in the Complaint and Counterclaims, be, and hereby are, dismissed with prejudice and without costs.

DATED: New York, New York
April 23, 2018

Respectfully submitted:

| RABINOWITZ, LUBETKIN & TULLY, L.L.C. | FOX ROTHSCHILD LLP |
|---|---|
| By: *[signature]*<br>Jonathan I. Rabinowitz<br>293 Eisenhower Pkwy., Suite 100<br>Livingston, NJ 07039<br>Telephone: (973) 597-9100<br>Facsimile: (973) 597-9119<br>*Attorneys for Plaintiff* | By: *[signature]*<br>Mark A. Goodman, Esq.<br>Two Lincoln Centre<br>5420 LBJ Fwy., Suite 1200<br>Dallas, Texas 75240<br>Telephone: (972) 991-0889<br>Facsimile: (972) 404-0516<br>*Attorneys for Defendants* |